UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CR00157 AGF |
| | ) |
| FREDRICK K. CRAYTON, a/k/a "Freaky," | ) |
| JAMES EDWARD JONES, a/k/a "J. Blood," and | ) |
| DWAYNE CRAYTON, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 18, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK CRAYTON, a/k/a "Freaky," and
JAMES JONES, a/k/a "J. Blood,"**

the Defendants herein, acting together, did knowingly, intentionally, and forcibly assault a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, a federal officer, with a deadly or dangerous weapon, and at the time of the assault, that Special Agent was doing what he was employed by the Federal Government to do.

In violation of Title 18, United States Code, Sections 2 and 111.

### COUNT II

The Grand Jury further charges that:

On or about April 18, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**FREDRICK CRAYTON, a/k/a "Freaky," and
JAMES JONES, a/k/a "J. Blood,"**

the Defendants herein, acting together, during and in relation to the crime of violence named in Count I, to wit: assault on a federal officer, did use, carry, or possess a firearm, and did brandish said

firearm in furtherance of that crime of violence.

In violation of Title 18, United States Code, Sections 2 and 924(c).

## COUNT III

The Grand Jury further charges that:

On or about April 15, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**JAMES JONES, a/k/a "J. Blood," and
DWAYNE CRAYTON,**

the Defendants herein, acting together, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1).

## COUNT IV

The Grand Jury further charges that:

On or about April 15, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**JAMES JONES, a/k/a "J. Blood," and
DWAYNE CRAYTON,**

the Defendants herein, acting together, during and in relation to the drug-trafficking crime named in Count III, did use, carry, or possess a firearm in furtherance of said drug-trafficking crime.

In violation of Title 18, United States Code, Sections 2 and 924(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney